# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
 §
CHEMQUEST USA, INC. §   Case No. 08-02951 DRC
 §
 Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                           $

      Funds were disbursed in the following amounts:

      Payments made under an interim disbursement
      Administrative expenses
      Bank service fees
      Other payments to creditors
      Non-estate funds paid to 3rd Parties
      Exemptions paid to the debtor
      Other payments to the debtor

      Leaving a balance on hand of[1]                           $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/GINA B. KROL_____
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No.: | 08-02951 DRC  Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | CHEMQUEST USA, INC. | Date Filed (f) or Converted (c): | 02/09/08 (f) |
| | | 341(a) Meeting Date: | 03/25/08 |
| For Period Ending: | 04/27/15 | Claims Bar Date: | 07/28/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCONTS/Oxford Bank   Money turned over by one shareholder from Debtor's bank account at Oxford Bank | 0.00 | 10,704.92 | | 10,704.92 | FA |
| 2. BANK ACCONTS Lasalle Bank #0481 | 25,000.00 | 4,874.39 | | 4,874.39 | FA |
| 3. A/R | 129,268.00 | 0.00 | | 0.00 | FA |
| 4. CAUSE OF ACTION  8 | Unknown | 0.00 | | 0.00 | FA |
| 5. OFFICE EQUIPMENT | 500.00 | 0.00 | | 0.00 | FA |
| 6. MACHINERY | 20,700.00 | 0.00 | | 0.00 | FA |
| 7. Truck | 15,000.00 | 1,000.00 | | 0.00 | FA |
| 8. Chevy P/U | 15,000.00 | 0.00 | | 0.00 | FA |
| 9. VW Passat | 17,375.00 | 0.00 | | 0.00 | FA |
| 10. Union Bank Account #841270 | 50.00 | 0.00 | | 0.00 | FA |
| 11. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 27.47 | Unknown |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $222,893.00 | $16,579.31 | | $15,606.78 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee submitted TFR package to UST for review

One of the Debtor's former principals filed numerous claims many of which are not supported. Trustee has reached out to

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 08-02951   DRC   Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | CHEMQUEST USA, INC. | Date Filed (f) or Converted (c): | 02/09/08 (f) |
| | | 341(a) Meeting Date: | 03/25/08 |
| | | Claims Bar Date: | 07/28/08 |

claimant's attorney and is trying to reach an agreement. If Trustee objects to all claimant's claims, funds on had will be used to cover administrative expenses with no distribution to creditors.

October 16, 2014, 11:09 am

Trustee to review claims and prepare TFR

October 16, 2013, 05:11 pm

Initial Projected Date of Final Report (TFR): 12/31/09     Current Projected Date of Final Report (TFR): 03/31/15

/s/   GINA B. KROL
_____   Date: 04/27/15
     GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 08-02951 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | CHEMQUEST USA, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0162  Checking Account |
| Taxpayer ID No: | *******5854 | | | |
| For Period Ending: | 04/27/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 15,344.03 | | 15,344.03 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 9.46 | 15,334.57 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 9.77 | 15,324.80 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 9.45 | 15,315.35 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 9.76 | 15,305.59 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.75 | 15,282.84 |
| 02/13/13 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 13.24 | 15,269.60 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.52 | 15,249.08 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.67 | 15,226.41 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.91 | 15,204.50 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.60 | 15,181.90 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.84 | 15,160.06 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.54 | 15,137.52 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.51 | 15,115.01 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.75 | 15,093.26 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.44 | 15,070.82 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.68 | 15,049.14 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.37 | 15,026.77 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.34 | 15,004.43 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.15 | 14,984.28 |
| 04/01/14 | 030002 | International Sureties Ltd. | BOND | 2300-000 | | 13.21 | 14,971.07 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.28 | 14,948.79 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.51 | 14,927.28 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.19 | 14,905.09 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM2T4

Ver: 18.04

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 08-02951 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | CHEMQUEST USA, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0162  Checking Account |
| Taxpayer ID No: | *******5854 | | | |
| For Period Ending: | 04/27/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.44 | 14,883.65 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.13 | 14,861.52 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.10 | 14,839.42 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.35 | 14,818.07 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.03 | 14,796.04 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.29 | 14,774.75 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.96 | 14,752.79 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.93 | 14,730.86 |
| 02/10/15 | 030003 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY  10165 | | 2300-000 | | 8.42 | 14,722.44 |

| Account *******0162 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 3 | Checks | 34.87 |
| 0 | Interest Postings | 0.00 | 29 | Adjustments Out | 586.72 |
| | Subtotal | $ 0.00 | 0 | Transfers Out | 0.00 |
| | | | | Total | $ 621.59 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 15,344.03 | | | |
| | Total | $ 15,344.03 | | | |

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 08-02951 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | CHEMQUEST USA, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4590 BofA - Money Market Account |
| Taxpayer ID No: | *******5854 | | | |
| For Period Ending: | 04/27/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/31/08 | 1 | Oxford Bank | | 1129-000 | 10,704.92 | | 10,704.92 |
| 04/03/08 | 2 | LaSalle Bank | Close Bank Account xxx0481 | 1129-000 | 4,874.39 | | 15,579.31 |
| | | 350 W. North Avenue | | | | | |
| | | Addison, IL 60101 | | | | | |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.76 | | 15,582.07 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.98 | | 15,584.05 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.92 | | 15,585.97 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.98 | | 15,587.95 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.97 | | 15,589.92 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.92 | | 15,591.84 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.51 | | 15,593.35 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.27 | | 15,594.62 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.79 | | 15,595.41 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 15,595.54 |
| 02/17/09 | 000301 | International Sureties Ltd. | BOND | 2300-000 | | 12.14 | 15,583.40 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 15,583.52 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 15,583.66 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.34 | | 15,584.00 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.39 | | 15,584.39 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.39 | | 15,584.78 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.40 | | 15,585.18 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.40 | | 15,585.58 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.38 | | 15,585.96 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.39 | | 15,586.35 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.39 | | 15,586.74 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.40 | | 15,587.14 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.39 | | 15,587.53 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit B

| Case No: | 08-02951 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | CHEMQUEST USA, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4590  BofA - Money Market Account |
| Taxpayer ID No: | *******5854 | | | |
| For Period Ending: | 04/27/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/09/10 | 000302 | International Sureties Ltd. | BOND | 2300-000 | | 11.57 | 15,575.96 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.36 | | 15,576.32 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.40 | | 15,576.72 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.38 | | 15,577.10 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,577.49 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,577.88 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,578.27 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.40 | | 15,578.67 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.38 | | 15,579.05 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,579.44 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,579.83 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.40 | | 15,580.23 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.40 | | 15,580.63 |
| 02/07/11 | 000303 | International Sureties Ltd. | BOND | 2300-000 | | 13.22 | 15,567.41 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 15,567.53 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,567.66 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 15,567.78 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 15,567.92 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,568.05 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 15,568.17 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 15,568.31 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,568.44 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,568.57 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 19.83 | 15,548.74 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,548.87 |

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 08-02951 -DRC | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | CHEMQUEST USA, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4590 BofA - Money Market Account |
| Taxpayer ID No: | *******5854 | | | |
| For Period Ending: | 04/27/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 19.17 | 15,529.70 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 15,529.83 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 19.15 | 15,510.68 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 15,510.82 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 20.34 | 15,490.48 |
| 02/06/12 | 000304 | International Sureties | BOND | 2300-000 | | 13.98 | 15,476.50 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 15,476.62 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 18.40 | 15,458.22 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 15,458.35 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 19.01 | 15,439.34 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 15,439.47 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 19.62 | 15,419.85 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 15,419.98 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 19.59 | 15,400.39 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 15,400.51 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 18.30 | 15,382.21 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 15,382.34 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 20.17 | 15,362.17 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.12 | | 15,362.29 |
| 08/30/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 18.26 | 15,344.03 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX 75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 15,344.03 | 0.00 |

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 08-02951 -DRC |
| Case Name: | CHEMQUEST USA, INC. |
| Taxpayer ID No: | *******5854 |
| For Period Ending: | 04/27/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4590  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******4590
| | | | |
|---|---|---|---|
| | Balance Forward | 0.00 | |
| 2 | Deposits | 15,579.31 | 4 Checks 50.91 |
| 53 | Interest Postings | 27.47 | 11 Adjustments Out 211.84 |
| | | | 1 Transfers Out 15,344.03 |
| | Subtotal | $ 15,606.78 | |
| | | | Total $ 15,606.78 |
| 0 | Adjustments In | 0.00 | |
| 0 | Transfers In | 0.00 | |
| | Total | $ 15,606.78 | |

Report Totals
| | | | |
|---|---|---|---|
| | Balance Forward | 0.00 | |
| 2 | Deposits | 15,579.31 | 7 Checks 85.78 |
| 53 | Interest Postings | 27.47 | 40 Adjustments Out 798.56 |
| | | | 1 Transfers Out 15,344.03 |
| | Subtotal | $ 15,606.78 | |
| | | | Total $ 16,228.37 |
| 0 | Adjustments In | 0.00 | |
| 1 | Transfers In | 15,344.03 | |
| | Total | $ 30,950.81 | Net Total Balance $ 14,722.44 |

/s/   GINA B. KROL
Trustee's Signature: _____   Date: 04/27/15
GINA B. KROL

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: April 27, 2015 |
|---|---|---|---|---|---|---|

Case Number: 08-02951  
Debtor Name: CHEMQUEST USA, INC.  
Priority Sequence  
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Cohen and Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $5,754.50 | $5,754.50 |
| 001<br>3120-00 | Cohen and Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $46.38 | $46.38 |
| 001<br>2100-00 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $2,310.68 | $2,310.68 |
| 000009<br>010<br>4210-00 | Habib Abbas<br>c/o Martin Y Joseph<br>1541 W Chicago Ave<br>Chicago, IL 60642 | Secured | | $0.00 | $103,123.47 | $103,123.47 |
| 000007A<br>040<br>5800-00 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603 | Priority | | $0.00 | $790.41 | $790.41 |
| 000001<br>070<br>7100-00 | Univar USA Inc<br>Attn: Cheri James<br>PO Box 34325<br>Seattle, WA 98124-1325 | Unsecured | | $0.00 | $2,960.00 | $2,960.00 |
| 000002<br>070<br>7100-00 | EMCO Chemical Distributors, Inc.<br>c/o Martin D. Tasch<br>Lebow, Malecki & Tasch, LLC<br>1200 Jorie Blvd. Suite 329<br>Oak Brook, IL 60523 | Unsecured | | $0.00 | $65,735.35 | $65,735.35 |
| 000003<br>070<br>7100-00 | BASCO<br>2595 Palmer Avenue<br>University Park, IL 60466 | Unsecured | | $0.00 | $1,160.00 | $1,160.00 |
| 000004<br>070<br>7100-00 | Nationwide Transportation, Inc.<br>PO Box 1772<br>Bridgeview, IL 60455 | Unsecured | | $0.00 | $886.00 | $886.00 |
| 000005<br>070<br>7100-00 | Miller Verchota INc CPA<br>444 N Route 31 suite 104<br>Crystal Lake, IL 60012 | Unsecured | | $0.00 | $888.75 | $888.75 |
| 000006<br>070<br>7100-00 | American Express Bank FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | | $0.00 | $9,740.85 | $9,740.85 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: April 27, 2015 |

Case Number: 08-02951  
Debtor Name: CHEMQUEST USA, INC.  
Priority Sequence  
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000007B<br>070<br>7100-00 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603 | Unsecured | | $0.00 | $140.00 | $140.00 |
| 000008<br>070<br>7100-00 | Shamroch Chicago Corp.<br>800 East NW Highway, Ste. 525<br>Palatine, IL 60074 | Unsecured | | $0.00 | $33,746.60 | $33,746.60 |
| 000010<br>070<br>7100-00 | Martin Y Joseph<br>1541 W Chicago Ave<br>Chicago,IL 60642 | Unsecured<br>Disallowed | | $0.00 | $21,000.00 | $21,000.00 |
| 000011<br>070<br>7100-00 | Martin Y Joseph<br>1541 W Chicago Ave<br>Chicago,IL 60642 | Unsecured<br>Disallowed | | $0.00 | $6,250.00 | $6,250.00 |
| 000012<br>070<br>7100-00 | Martin Y Joseph<br>1541 W Chicago Ave<br>Chicago,IL 60642 | Unsecured<br>Disallowed | | $0.00 | $6,000.00 | $6,000.00 |
| 000013<br>070<br>7100-00 | Martin Y Joseph<br>1541 W Chicago Ave<br>Chicago,IL 60642 | Unsecured<br>Disallowed | | $0.00 | $4,000.00 | $4,000.00 |
| 000014<br>070<br>7100-00 | Martin Y. Joseph<br>1541 W.Chicago Ave<br>Chicago,IL 60642 | Unsecured<br>Disallowed | | $0.00 | $955.67 | $955.67 |
| 000015<br>070<br>7100-00 | Martin Y Joseph<br>1541 W Chicago Ave<br>Chicago,IL 60642 | Unsecured<br>Disallowed | | $0.00 | $4,000.00 | $4,000.00 |
| 000016<br>070<br>7100-00 | Martin Y Joseph<br>1541 W Chicago Ave<br>Chicago,IL 60642 | Unsecured<br>Disallowed | | $0.00 | $4,792.78 | $4,792.78 |
| 080<br>7200-00 | EMCO Chemical Distributors, Inc.<br>8601 95th Street<br>Pleasant Prairie, WI 53158 | Unsecured | Duplicate of Claim #3. Trustee will pay on Claim #3 | $0.00 | $65,735.35 | $65,735.35 |
| BOND<br>999<br>2300-00 | International Sureties Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Administrative | | $0.00 | $62.07 | $62.07 |
| | Case Totals: | | | $0.00 | $340,078.86 | $340,078.86 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-02951 DRC
Case Name: CHEMQUEST USA, INC.
Trustee Name: GINA B. KROL

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000009 | Habib Abbas<br>c/o Martin Y Joseph<br>1541 W Chicago Ave<br>Chicago, IL 60642 | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ | $ | $ |
| Attorney for Trustee Fees: Cohen and Krol | $ | $ | $ |
| Other: International Sureties Ltd. | $ | $ | $ |
| Other: Cohen and Krol | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007A | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603 | $ | $ | $ |

    Total to be paid to priority creditors    $_____

    Remaining Balance    $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be ___ percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Univar USA Inc<br>Attn: Cheri James<br>PO Box 34325<br>Seattle, WA 98124-1325 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | EMCO Chemical Distributors, Inc. c/o Martin D. Tasch Lebow, Malecki & Tasch, LLC 1200 Jorie Blvd. Suite 329 Oak Brook, IL 60523 | $ | $ | $ |
| 000003 | BASCO 2595 Palmer Avenue University Park, IL 60466 | $ | $ | $ |
| 000004 | Nationwide Transportation, Inc. PO Box 1772 Bridgeview, IL 60455 | $ | $ | $ |
| 000005 | Miller Verchota INc CPA 444 N Route 31 suite 104 Crystal Lake, IL 60012 | $ | $ | $ |
| 000006 | American Express Bank FSB c o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | $ | $ | $ |
| 000007B | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 | $ | $ | $ |
| 000008 | Shamroch Chicago Corp. 800 East NW Highway, Ste. 525 Palatine, IL 60074 | $ | $ | $ |

Total to be paid to timely general unsecured creditors         $_____

Remaining Balance                                              $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE