## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CHEMQUEST USA, INC. | § | Case No. 08-02951 DRC |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
JEFFREY P. ALLSTEADT
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/22/2015 in Courtroom 241,
Kane County Courthouse
100 S. Third Street
Geneva, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/27/2015                       By: CLERK OF BANKRUPTCY COURT
Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                          §
                                                §
CHEMQUEST USA, INC.                             §        Case No. 08-02951 DRC
                                                §
            Debtor(s)                           §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of                              $

and approved disbursements of                                   $

leaving a balance on hand of[1]                                 $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000009 | Habib Abbas c/o Martin Y Joseph 1541 W Chicago Ave Chicago,IL 60642 | $ | $ | $ | $ |

Total to be paid to secured creditors                          $_____

Remaining Balance                                              $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ | $ | $ |
| Attorney for Trustee Fees: Cohen and Krol | $ | $ | $ |
| Other: International Sureties Ltd. | $ | $ | $ |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| | Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| Other: Cohen and Krol | | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $\rule{4cm}{0.4pt}

Remaining Balance $\rule{4cm}{0.4pt}

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ _____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007A | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 | $ | $ | $ |

Total to be paid to priority creditors $\rule{4cm}{0.4pt}

Remaining Balance $\rule{4cm}{0.4pt}

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ _____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be \_\_\_\_\_ percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Univar USA Inc Attn: Cheri James PO Box 34325 Seattle, WA 98124-1325 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | EMCO Chemical Distributors, Inc. c/o Martin D. Tasch Lebow, Malecki & Tasch, LLC 1200 Jorie Blvd. Suite 329 Oak Brook, IL 60523 | $ | $ | $ |
| 000003 | BASCO 2595 Palmer Avenue University Park, IL 60466 | $ | $ | $ |
| 000004 | Nationwide Transportation, Inc. PO Box 1772 Bridgeview, IL 60455 | $ | $ | $ |
| 000005 | Miller Verchota INc CPA 444 N Route 31 suite 104 Crystal Lake, IL 60012 | $ | $ | $ |
| 000006 | American Express Bank FSB c o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | $ | $ | $ |
| 000007B | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 | $ | $ | $ |
| 000008 | Shamroch Chicago Corp. 800 East NW Highway, Ste. 525 Palatine, IL 60074 | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____


        Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
Trustee

_GINA B. KROL_
_105 WEST MADISON STREET_
_SUITE 1100_
_CHICAGO, IL 60602-0000_

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.