UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
CHEMQUEST USA, INC. §  Case No. 08-02951 DRC
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
JEFFREY P. ALLSTEADT
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/22/2015 in Courtroom 241,
Kane County Courthouse
100 S. Third Street
Geneva, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/27/2015            By: CLERK OF BANKRUPTCY COURT
                                       Clerk of US Bankruptcy Court


*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
CHEMQUEST USA, INC. §   Case No. 08-02951 DRC
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 15,606.78 |
| and approved disbursements of | $ | 884.34 |
| leaving a balance on hand of[1] | $ | 14,722.44 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000009 | Habib Abbas c/o Martin Y Joseph 1541 W Chicago Ave Chicago, IL 60642 | $ 103,123.47 | $ 103,123.47 | $ 0.00 | $ 5,820.47 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 5,820.47 |
| Remaining Balance | $ 8,901.97 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 2,310.68 | $ 0.00 | $ 2,310.68 |
| Attorney for Trustee Fees: Cohen and Krol | $ 5,754.50 | $ 0.00 | $ 5,754.50 |
| Other: International Sureties Ltd. | $ 62.07 | $ 62.07 | $ 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Cohen and Krol | $ 46.38 | $ 0.00 | $ 46.38 |

|  |  |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 8,111.56 |
| Remaining Balance | $ 790.41 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 790.41  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007A | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 | $ 790.41 | $ 0.00 | $ 790.41 |

|  |  |
|---|---|
| Total to be paid to priority creditors | $ 790.41 |
| Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 115,257.55  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Univar USA Inc Attn: Cheri James PO Box 34325 Seattle, WA 98124-1325 | $ 2,960.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | EMCO Chemical Distributors, Inc. c/o Martin D. Tasch Lebow, Malecki & Tasch, LLC 1200 Jorie Blvd. Suite 329 Oak Brook, IL 60523 | $ 65,735.35 | $ 0.00 | $ 0.00 |
| 000003 | BASCO 2595 Palmer Avenue University Park, IL 60466 | $ 1,160.00 | $ 0.00 | $ 0.00 |
| 000004 | Nationwide Transportation, Inc. PO Box 1772 Bridgeview, IL 60455 | $ 886.00 | $ 0.00 | $ 0.00 |
| 000005 | Miller Verchota INc CPA 444 N Route 31 suite 104 Crystal Lake, IL 60012 | $ 888.75 | $ 0.00 | $ 0.00 |
| 000006 | American Express Bank FSB c o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | $ 9,740.85 | $ 0.00 | $ 0.00 |
| 000007B | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 | $ 140.00 | $ 0.00 | $ 0.00 |
| 000008 | Shamroch Chicago Corp. 800 East NW Highway, Ste. 525 Palatine, IL 60074 | $ 33,746.60 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors       $            0.00

Remaining Balance       $            0.00


   Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 08-02951-DRC
ChemQuest USA, Inc.                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: dgomez              Page 1 of 2              Date Rcvd: Apr 30, 2015
                               Form ID: pdf006           Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2015.
```
db            +ChemQuest USA, Inc.,   2308 Aloha Drive,   Mchenry, IL 60050-2870
11980191      +American Express,   Pob 297879,   Fort Lauderdale,FL 33329-7879
12291864       American Express Bank FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
11938799      +Avatar Corporation,   500 Central Avenue,   University Park, IL 60484-3147
11938800      +BASCO,   2595 Palmer Avenue,   University Park, IL 60484-4105
11980193      +Chase,   Pob 15298,   Wilmington,DE 19850-5298
11938801      +Chemcentral,   7050 West 71st Street,   Bedford Park, IL 60638-5998
11938802      +EMCO Chemical Distributors,   97747 Eagle Way,   Chicago, IL 60678-0001
22688303      +EMCO Chemical Distributors Inc,   8601 95th Street,   Pleasant Prairie WI 53158-2205
12211874      +EMCO Chemical Distributors, Inc.,   c/o Martin D. Tasch,   Lebow, Malecki & Tasch, LLC,
                1200 Jorie Blvd. Suite 329,   Oak Brook, IL 60523-2283
11980188     ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
                GRAND RAPIDS MI 49546-6253
               (address filed with court: 5th 3rd Bank,   Pob 630778,   Cincinnati,OH 45263)
11938804      +Holland Applied Technologies,   7050 High Grove Blvd.,   Burr Ridge, IL 60527-7595
11938805      +Interstate Chemical Co,   Channahon Branch,   7025 Reliable Parkway,   Chicago, IL 60687-0001
11980194      +Jevic,   Pob 13031,   Newark,NJ 07188-3031
11938803    +++Martin Y Joseph,   1541 W Chicago Ave,   Chicago,IL 60642-6153
11980195      +Miller Verchota INc CPA,   444 N Route 31 suite 104,   Crystal Lake, IL 60012-3730
11980189      +Union National Bank,   101 East Chicago Street,   Elgin,IL 60120-6466
11938811      +United Propane & Energy Co.,   3805 Clearview Court,   Gurnee, IL 60031-1247
11980196      +William Kulikowski,   2308 Aloha Drive,   Mchenry,IL 60050-2870
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
11980192      +E-mail/Text: g17768@att.com May 01 2015 01:17:08     AT&T,   Pob 8100,   Aurora,IL 60507-8100
12360996      +E-mail/Text: des.claimantbankruptcy@illinois.gov May 01 2015 01:19:03
                Illinois Department of Employment Security,   33 South State Street,
                Chicago, Illinois 60603-2808
11938806      +E-mail/Text: ACCOUNTSRECEIVABLE@LIPOCHEMICALS.COM May 01 2015 01:17:54      Lipo Chemicales Inc.,
                207 19th Avenue,   Paterson, NJ 07504-2106
11938807      +E-mail/Text: br-not@nalco.com May 01 2015 01:18:20     Nalco Company,   PO Box 70716,
                Chicago, IL 60673-0716
12100199       E-mail/Text: CHERI.JAMES@UNIVARUSA.COM May 01 2015 01:19:15      Univar USA Inc,
                Attn: Cheri James,   PO Box 34325,   Seattle, WA 98124-1325
11980190      +E-mail/Text: vci.bkcy@vwcredit.com May 01 2015 01:18:04      Volkswagen Credit,   Pob 17497,
                Baltimore, MD 21297-1497
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11938798       AT&T
11938810       Union National Bank
12455781*   +++Martin Y Joseph,   1541 W Chicago Ave,   Chicago,IL 60642-6153
12455929*   +++Martin Y. Joseph,   1541 W.Chicago Ave,   Chicago,IL 60642-6153
11980197*     +Volkswagen Credit,   Pob 17497,   Baltimore,MD 21297-1497
11938808     ##+Nationwide Transportation, Inc.,   PO Box 1772,   Bridgeview, IL 60455-0772
11938809     ##+Shamroch Chicago Corp.,   800 East NW Highway, Ste. 525,   Palatine, IL 60074-6521
                                                                                 TOTALS: 2, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2015                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: dgomez                Page 2 of 2                  Date Rcvd: Apr 30, 2015
                              Form ID: pdf006             Total Noticed: 25
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2015 at the address(es) listed below:
              Brian A Bosch    on behalf of Creditor Habib  Abbas bbosch@ameritech.net
              Gina B Krol     gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
              m
              Gina B Krol, ESQ    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
               gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              John J Lynch    on behalf of Debtor    ChemQuest USA, Inc. jlynch@lynch4law.com,
               rlynch@jjlynchlaw.com;breilly@lynch4law.com;staff@lynch4law.com
              Joseph E Cohen    on behalf of Trustee Gina B Krol jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
              Martin D. Tasch    on behalf of Creditor    EMCO Chemical Distributors, Inc. mtasch@momlaw.com
              Martin Y Joseph    on behalf of Creditor Habib  Abbas MartinYJoseph@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Roberto T. Tirona    on behalf of Creditor Habib  Abbas bob@tironalaw.com
                                                                                             TOTAL: 9
```