# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CHEMQUEST USA, INC. | § | Case No. 08-02951 DRC |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 197,893.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 6,610.88 | Claims Discharged Without Payment: 332,771.35 |
| Total Expenses of Administration: 8,995.90 | |

3) Total gross receipts of $ 15,606.78 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 15,606.78 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 25,820.47 | $ 103,123.47 | $ 103,123.47 | $ 5,820.47 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 8,995.90 | 8,995.90 | 8,995.90 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 790.41 | 790.41 | 790.41 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 227,235.75 | 227,991.35 | 227,991.35 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 253,056.22 | $ 340,901.13 | $ 340,901.13 | $ 15,606.78 |

4) This case was originally filed under chapter 7 on 02/09/2008 . The case was pending for 92 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/24/2015        By:/s/GINA B. KROL
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| BANK ACCONTS/Oxford Bank | 1129-000 | 10,704.92 |
| BANK ACCONTS Lasalle Bank #0481 | 1129-000 | 4,874.39 |
| Post-Petition Interest Deposits | 1270-000 | 27.47 |
| **TOTAL GROSS RECEIPTS** | | **$ 15,606.78** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 5th 3rd Bank | | 10,000.00 | NA | NA | 0.00 |
| | Union National Bank | | 0.00 | NA | NA | 0.00 |
| | Volkswagon Credit | | 10,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | HABIB ABBAS | 4210-000 | 5,820.47 | 103,123.47 | 103,123.47 | 5,820.47 |
| TOTAL SECURED CLAIMS | | | $ 25,820.47 | $ 103,123.47 | $ 103,123.47 | $ 5,820.47 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 2,310.68 | 2,310.68 | 2,310.68 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 62.07 | 62.07 | 62.07 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 23.71 | 23.71 | 23.71 |
| ASSOCIATED BANK | 2600-000 | NA | 586.72 | 586.72 | 586.72 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 211.84 | 211.84 | 211.84 |
| COHEN AND KROL | 3110-000 | NA | 3,836.33 | 3,836.33 | 3,836.33 |
| GINA B. KROL | 3110-000 | NA | 1,918.17 | 1,918.17 | 1,918.17 |
| COHEN AND KROL | 3120-000 | NA | 46.38 | 46.38 | 46.38 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 8,995.90 | $ 8,995.90 | $ 8,995.90 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 5800-000 | NA | 790.41 | 790.41 | 790.41 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 790.41 | $ 790.41 | $ 790.41 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T | | 365.00 | NA | NA | 0.00 |
| | Avatar Corporation | | 33,500.00 | NA | NA | 0.00 |
| | Chase | | 1,000.00 | NA | NA | 0.00 |
| | Chemcentral | | 3,000.00 | NA | NA | 0.00 |
| | EMCO Waste Division | | 25,200.00 | NA | NA | 0.00 |
| | Interstate Chemical Co. | | 37,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jevic | | 1,695.00 | NA | NA | 0.00 |
| | Lipo Chemicales Inc. | | 2,350.00 | NA | NA | 0.00 |
| | Nalco Company | | 562.00 | NA | NA | 0.00 |
| | United Propane & Energy Co. | | 108.00 | NA | NA | 0.00 |
| 000006 | AMERICAN EXPRESS BANK FSB | 7100-000 | 5,000.00 | 9,740.85 | 9,740.85 | 0.00 |
| 000003 | BASCO | 7100-000 | 1,000.00 | 1,160.00 | 1,160.00 | 0.00 |
| 000002 | EMCO CHEMICAL DISTRIBUTORS, INC. | 7100-000 | 80,935.00 | 65,735.35 | 65,735.35 | 0.00 |
| 000007B | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 7100-000 | NA | 140.00 | 140.00 | 0.00 |
| 000010 | MARTIN Y JOSEPH | 7100-000 | NA | 21,000.00 | 21,000.00 | 0.00 |
| 000011 | MARTIN Y JOSEPH | 7100-000 | NA | 6,250.00 | 6,250.00 | 0.00 |
| 000012 | MARTIN Y JOSEPH | 7100-000 | NA | 6,000.00 | 6,000.00 | 0.00 |
| 000013 | MARTIN Y JOSEPH | 7100-000 | NA | 4,000.00 | 4,000.00 | 0.00 |
| 000015 | MARTIN Y JOSEPH | 7100-000 | NA | 4,000.00 | 4,000.00 | 0.00 |
| 000016 | MARTIN Y JOSEPH | 7100-000 | NA | 4,792.78 | 4,792.78 | 0.00 |
| 000014 | MARTIN Y. JOSEPH | 7100-000 | NA | 955.67 | 955.67 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | MILLER VERCHOTA INC CPA | 7100-000 | 888.75 | 888.75 | 888.75 | 0.00 |
| 000004 | NATIONWIDE TRANSPORTATION, INC. | 7100-000 | 886.00 | 886.00 | 886.00 | 0.00 |
| 000008 | SHAMROCH CHICAGO CORP. | 7100-000 | 33,746.00 | 33,746.60 | 33,746.60 | 0.00 |
| 000001 | UNIVAR USA INC | 7100-000 | NA | 2,960.00 | 2,960.00 | 0.00 |
|  | EMCO CHEMICAL DISTRIBUTORS, INC. | 7200-000 | NA | 65,735.35 | 65,735.35 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 227,235.75 | $ 227,991.35 | $ 227,991.35 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 08-02951 DRC Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | CHEMQUEST USA, INC. | Date Filed (f) or Converted (c): | 02/09/08 (f) |
| | | 341(a) Meeting Date: | 03/25/08 |
| For Period Ending: | 08/24/15 | Claims Bar Date: | 07/28/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCONTS/Oxford Bank  Money turned over by one shareholder from Debtor's bank account at Oxford Bank | 0.00 | 10,704.92 | | 10,704.92 | FA |
| 2. BANK ACCONTS Lasalle Bank #0481 | 25,000.00 | 4,874.39 | | 4,874.39 | FA |
| 3. A/R | 129,268.00 | 0.00 | | 0.00 | FA |
| 4. CAUSE OF ACTION 8 | Unknown | 0.00 | | 0.00 | FA |
| 5. OFFICE EQUIPMENT | 500.00 | 0.00 | | 0.00 | FA |
| 6. MACHINERY | 20,700.00 | 0.00 | | 0.00 | FA |
| 7. Truck | 15,000.00 | 1,000.00 | | 0.00 | FA |
| 8. Chevy P/U | 15,000.00 | 0.00 | | 0.00 | FA |
| 9. VW Passat | 17,375.00 | 0.00 | | 0.00 | FA |
| 10. Union Bank Account #841270 | 50.00 | 0.00 | | 0.00 | FA |
| 11. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 27.47 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $222,893.00   $16,579.31   $15,606.78   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee submitted TFR package to UST for review

One of the Debtor's former principals filed numerous claims many of which are not supported. Trustee has reached out to

LFORM1                                                                                                                              Ver: 18.05
**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

Case 08-02951   Doc 90   Filed 09/21/15   Entered 09/21/15 14:11:34   Desc Main
Document      Page 9 of 16

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 08-02951    DRC    Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | CHEMQUEST USA, INC. | Date Filed (f) or Converted (c): | 02/09/08 (f) |
| | | 341(a) Meeting Date: | 03/25/08 |
| | | Claims Bar Date: | 07/28/08 |

claimant's attorney and is trying to reach an agreement. If Trustee objects to all claimant's claims, funds on had will be used to cover administrative expenses with no distribution to creditors.

October 16, 2014, 11:09 am

Trustee to review claims and prepare TFR

October 16, 2013, 05:11 pm

Initial Projected Date of Final Report (TFR): 12/31/09     Current Projected Date of Final Report (TFR): 03/31/15

/s/    GINA B. KROL
_____    Date: 08/24/15
     GINA B. KROL

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-02951 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | CHEMQUEST USA, INC. | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******0162  Checking Account |
| Taxpayer ID No: | *******5854 |  |  |
| For Period Ending: | 08/24/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 08/30/12 |  | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 15,344.03 |  | 15,344.03 |
| 10/16/12 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 9.46 | 15,334.57 |
| 11/05/12 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 9.77 | 15,324.80 |
| 12/07/12 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 9.45 | 15,315.35 |
| 01/08/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 9.76 | 15,305.59 |
| 02/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 22.75 | 15,282.84 |
| 02/13/13 | 030001 | International Sureties Ltd. | BOND | 2300-000 |  | 13.24 | 15,269.60 |
|  |  | Suite 420 | BOND |  |  |  |  |
|  |  | 701 Poydras St. |  |  |  |  |  |
|  |  | New Orleans, LA 70139 |  |  |  |  |  |
| 03/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 20.52 | 15,249.08 |
| 04/05/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 22.67 | 15,226.41 |
| 05/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 21.91 | 15,204.50 |
| 06/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 22.60 | 15,181.90 |
| 07/08/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 21.84 | 15,160.06 |
| 08/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 22.54 | 15,137.52 |
| 09/09/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 22.51 | 15,115.01 |
| 10/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 21.75 | 15,093.26 |
| 11/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 22.44 | 15,070.82 |
| 12/06/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 21.68 | 15,049.14 |
| 01/08/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 22.37 | 15,026.77 |
| 02/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 22.34 | 15,004.43 |
| 03/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 20.15 | 14,984.28 |
| 04/01/14 | 030002 | International Sureties Ltd. | BOND | 2300-000 |  | 13.21 | 14,971.07 |
|  |  | Suite 420 | BOND |  |  |  |  |
|  |  | 701 Poydras St. |  |  |  |  |  |
|  |  | New Orleans, LA 70139 |  |  |  |  |  |
| 04/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 22.28 | 14,948.79 |
| 05/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 21.51 | 14,927.28 |
| 06/06/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 22.19 | 14,905.09 |

FORM 2 Page: 2

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-02951 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | CHEMQUEST USA, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0162 Checking Account |
| Taxpayer ID No: | *******5854 | | | |
| For Period Ending: | 08/24/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.44 | 14,883.65 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.13 | 14,861.52 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.10 | 14,839.42 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.35 | 14,818.07 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.03 | 14,796.04 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.29 | 14,774.75 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.96 | 14,752.79 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.93 | 14,730.86 |
| 02/10/15 | 030003 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY 10165 | | 2300-000 | | 8.42 | 14,722.44 |
| 05/22/15 | 030004 | Cohen and Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorney's Fees | 3110-000 | | 3,836.33 | 10,886.11 |
| 05/22/15 | 030005 | Cohen and Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorney's Expenses | 3120-000 | | 46.38 | 10,839.73 |
| 05/22/15 | 030006 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Trustee's Fees | 2100-000 | | 2,310.68 | 8,529.05 |
| 05/22/15 | 030007 | Gina B. Krol | Final Distribution<br>Attorney's Fees | 3110-000 | | 1,918.17 | 6,610.88 |
| 05/22/15 | 030008 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603 | Final Distribution<br>(7-1) Unemployment tax | 5800-000 | | 790.41 | 5,820.47 |
| 05/22/15 | 030009 | Habib Abbas | Final Distribution | 4210-000 | | 5,820.47 | 0.00 |

LFORM2T4 UST Form 101-7-TDR (10/1/2010) (Page: 11)

Ver: 18.05

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-02951 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | CHEMQUEST USA, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0162  Checking Account |
| Taxpayer ID No: | *******5854 | | | |
| For Period Ending: | 08/24/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | c/o Martin Y Joseph  1541 W Chicago Ave  Chicago, IL 60642 | (9-1) Promissary Note  (9-1)  Assigned to Creditor | | | | |

```
Account *******0162       Balance Forward        0.00
                    0     Deposits                0.00      9   Checks              14,757.31
                    0     Interest Postings       0.00     29   Adjustments Out        586.72
                                                            0   Transfers Out            0.00
                          Subtotal         $      0.00
                                                                Total        $      15,344.03
                    0     Adjustments In          0.00
                    1     Transfers In       15,344.03

                          Total            $  15,344.03
```

LFORM2T4  UST Form 101-7-TDR (10/1/2010) (Page: 12)

Ver: 18.05

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-02951 -DRC | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- |
| Case Name: | CHEMQUEST USA, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4590  BofA - Money Market Account |
| Taxpayer ID No: | *******5854 | | |
| For Period Ending: | 08/24/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/31/08 | 1 | Oxford Bank | | 1129-000 | 10,704.92 | | 10,704.92 |
| 04/03/08 | 2 | LaSalle Bank | Close Bank Account xxx0481 | 1129-000 | 4,874.39 | | 15,579.31 |
| | | 350 W. North Avenue | | | | | |
| | | Addison, IL  60101 | | | | | |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 2.76 | | 15,582.07 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.98 | | 15,584.05 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.92 | | 15,585.97 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.98 | | 15,587.95 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.97 | | 15,589.92 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 1.92 | | 15,591.84 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.51 | | 15,593.35 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 1.27 | | 15,594.62 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.79 | | 15,595.41 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,595.54 |
| 02/17/09 | 000301 | International Sureties Ltd. | BOND | 2300-000 | | 12.14 | 15,583.40 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 15,583.52 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 15,583.66 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.34 | | 15,584.00 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,584.39 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,584.78 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.40 | | 15,585.18 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.40 | | 15,585.58 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.38 | | 15,585.96 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,586.35 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,586.74 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.40 | | 15,587.14 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,587.53 |

FORM 2

Page: 5

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-02951 -DRC | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | CHEMQUEST USA, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4590 BofA - Money Market Account |
| Taxpayer ID No: | *******5854 | | | |
| For Period Ending: | 08/24/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/09/10 | 000302 | International Sureties Ltd. | BOND | 2300-000 | | 11.57 | 15,575.96 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.36 | | 15,576.32 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.40 | | 15,576.72 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.38 | | 15,577.10 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.39 | | 15,577.49 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.39 | | 15,577.88 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.39 | | 15,578.27 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.40 | | 15,578.67 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.38 | | 15,579.05 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.39 | | 15,579.44 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.39 | | 15,579.83 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.40 | | 15,580.23 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.40 | | 15,580.63 |
| 02/07/11 | 000303 | International Sureties Ltd. | BOND | 2300-000 | | 13.22 | 15,567.41 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 15,567.53 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 15,567.66 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 15,567.78 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 15,567.92 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 15,568.05 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 15,568.17 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.14 | | 15,568.31 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 15,568.44 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 15,568.57 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 19.83 | 15,548.74 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 15,548.87 |

FORM 2

Page: 6

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-02951 -DRC | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | CHEMQUEST USA, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4590  BofA - Money Market Account |
| Taxpayer ID No: | *******5854 | | | |
| For Period Ending: | 08/24/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 19.17 | 15,529.70 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,529.83 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 19.15 | 15,510.68 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 15,510.82 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 20.34 | 15,490.48 |
| 02/06/12 | 000304 | International Sureties | BOND | 2300-000 | | 13.98 | 15,476.50 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 15,476.62 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 18.40 | 15,458.22 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,458.35 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 19.01 | 15,439.34 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,439.47 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 19.62 | 15,419.85 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,419.98 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 19.59 | 15,400.39 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 15,400.51 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 18.30 | 15,382.21 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,382.34 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 20.17 | 15,362.17 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.12 | | 15,362.29 |
| 08/30/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 18.26 | 15,344.03 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 15,344.03 | 0.00 |

LFORM2T4   UST Form 101-7-TDR (10/1/2010)  *(Page: 15)*

Ver: 18.05

Page: 7

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-02951 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | CHEMQUEST USA, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4590  BofA - Money Market Account |
| Taxpayer ID No: | *******5854 | | | |
| For Period Ending: | 08/24/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******4590
| | | | |
|---|---|---|---|
| | Balance Forward | 0.00 | |
| 2 | Deposits | 15,579.31 | 4 Checks 50.91 |
| 53 | Interest Postings | 27.47 | 11 Adjustments Out 211.84 |
| | | | 1 Transfers Out 15,344.03 |
| | Subtotal | $ 15,606.78 | |
| | | | Total $ 15,606.78 |
| 0 | Adjustments In | 0.00 | |
| 0 | Transfers In | 0.00 | |
| | Total | $ 15,606.78 | |

Report Totals
| | | | |
|---|---|---|---|
| | Balance Forward | 0.00 | |
| 2 | Deposits | 15,579.31 | 13 Checks 14,808.22 |
| 53 | Interest Postings | 27.47 | 40 Adjustments Out 798.56 |
| | | | 1 Transfers Out 15,344.03 |
| | Subtotal | $ 15,606.78 | |
| | | | Total $ 30,950.81 |
| 0 | Adjustments In | 0.00 | |
| 1 | Transfers In | 15,344.03 | |
| | Total | $ 30,950.81 | Net Total Balance $ 0.00 |

Trustee's Signature: /s/ GINA B. KROL   Date: 08/24/15
GINA B. KROL